IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLOYD HEPP                                                                                    PLAINTIFF

v.                                         NO.  4:05CV00946 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 27th day of September 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE