IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLOYD HEPP                                                                                    PLAINTIFF

v.                                         NO.  4:05CV00946 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 27th day of September 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE